IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 15 2020

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CRIMINAL NO. 20-1380 WJ |
| vs. ) | 18 U.S.C. §§ 1153, 2241(a)(1) and |
|  ) | 2246(2)(C): Aggravated Sexual Abuse. |
| **RAIN CONCHA**, ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

On or about August 23, 2015, in Indian Country, in Santa Fe County, in the District of New Mexico, the defendant, **RAIN CONCHA**, an Indian, unlawfully and knowingly engaged in a sexual act with Jane Doe, by using force, and the sexual act consisted of penetration, however slight, of Jane Doe's genital opening by a hand and finger of the defendant, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2241(a)(1) and 2246(2)(C).

JOHN C. ANDERSON
United States Attorney

*[signature]*

ALLISON JAROS
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
505-346-7274